1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKY DAWSON,

        Plaintiff,

    v.

W.C.D.F. CONTRA COSTA COUNTY,

        Defendant.

Case No. 21-06229 BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, an inmate at the West County Detention Facility, filed a "civil suit" which the Court construed as a *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Dkt. No. 1.  On September 23 and October 12, 2021, mail sent to Plaintiff was returned as undeliverable and the letters "NIC" (Not In Custody), written on the envelopes.  Dkt. Nos. 9, 12, 13.  To date, Plaintiff has not provided the Court with a new address and has had no further communication with the Court.

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending.  *See* Civ. L.R. 3-11(a).  The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address.  *See* Civ. L.R. 3-11(b).

1

2        More than sixty days have passed since the first mail addressed to Plaintiff was

3   returned as undeliverable on September 23, 2021.  Dkt. No. 9.  The Court has not received

4   a notice from Plaintiff regarding a new address.  Accordingly, the instant civil rights action

5   is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local

6   Rules.

7        The Clerk shall terminate any pending motions.

8        **IT IS SO ORDERED.**

9   Dated:  __**November 29, 2021**__

10                                                    BETH LABSON FREEMAN
                                                     United States District Judge

United States District Court
Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  Order of Dismissal
    PRO-SE\BLF\CR.21\06229Dawson-dis-LR3

28                                          2