UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKY DAWSON,

    Plaintiff,

    v.

W.C.D.F. CONTRA COSTA COUNTY,

    Defendant.

Case No. 21-06229 BLF (PR)

**JUDGMENT**

For the reasons stated in the order of dismissal, this action is dismissed without prejudice. Judgment is entered accordingly. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __November 29, 2021__

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
C:\Users\harwellt\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\RJTKOERX\06229Dawson_jud.docx